IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION and ASTELLAS PHARMA INC., <br><br> Plaintiffs, <br> v. <br><br> FRESENIUS KABI USA, LLC, et al. <br><br> Defendants. | C.A. No. 14-571-RGA <br> (CONSOLIDATED) |

## UNOPPOSED MOTION TO AUTHORIZE DEPOSITION
## AT UNITED STATES CONSULATE IN OSAKA, JAPAN

Defendant InnoPharma, Inc. ("InnoPharma"), through its undersigned counsel, hereby moves the Court for an order authorizing the deposition of Messrs. Michio Yamashita and Michizane Hashimoto to take place at the United States Consulate in Osaka, Japan, pursuant to Article 17 of the United States - Japan Consular Convention.[1] Messrs. Yamashita and Hashimoto have agreed to have their depositions taken in Osaka, Japan on January 13 and 14, 2016.

The Consulate in Osaka, Japan has informed counsel for InnoPharma that the Consulate must receive an order from this Court authorizing that the deposition of Messrs. Hashimoto and Yamashita be taken at the Consulate, naming all other individuals who will be present, and containing other specific language needed to process the deposition request. Therefore, InnoPharma requests that the Court enter the attached proposed order, which meets these requirements.

---

[1] Pursuant to Local Rule 7.1.1, the parties have met and conferred. Plaintiffs Celgene Corporation and Astellas Pharma Inc. do not oppose this motion.

Per the request of the Osaka Consulate, InnoPharma further requests that the Court affix its seal to the attached order.

PROCTOR HEYMAN ENERO LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (# 3630)
Email: dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

*Attorneys for Defendant InnoPharma, Inc.*

OF COUNSEL:

John B. Wyss
Email: jwyss@wileyrein.com
Mark A. Pacella
Email: mpacella@wileyrein.com
Rachel Hunnicutt
Email: rhunnicutt@wileyrein.com
Karin A. Hessler
Email: khessler@wileyrein.com
Claire Frezza
Email: cfrezza@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7398

Dated: November 18, 2015